# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACOB FAY LUKE, SR.

NO. 2021 KW 0376

**JUNE 7, 2021**

---

In Re: Jacob Fay Luke, Sr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 794927, 794928, 794929, 794930, 805338, 814515, 795699.

---

**BEFORE: WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT GRANTED.** This matter was previously referred to defense counsel by the district court pursuant to **State v. Thibodeaux**, 2017-0705 (La. 12/6/17), 236 So.3d 1253 (*per curiam*). Thus, the matter is now remanded to the district court to conduct a contradictory hearing in this matter regarding pro se motions filed by relator. If defense counsel declines to adopt relator's motions, then the court should evaluate their disruptive potential in light of **State v. Melon**, 95-2209 (La. 9/22/95), 660 So.2d 466, before determining whether to conduct a hearing consistent with **State v. Alexander**, 2007-1236 (La. App. 3d. Cir. 4/9/08), 980 So.2d 877. See **State v. Thibodeaux**, 236 So.3d at 1256.

VGW
JEW
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT